# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### CHATTANOOGA DIVISION

TIMOTHY SHAWN GUNN,           )
MARNI RENEE PEARCE,           )
ZACHARY CHANCE TAYLOR         )
                              )
    Plaintiffs,               )
                              )
v.                            )    Case No. _____
                              )    (Removed from the Chancery Court
TENNESSEE AQUARIUM  .         )    of Hamilton County, Tennessee,
                              )    Case No. 22-0532)
    Defendant.                )

---

## NOTICE OF REMOVAL
---

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331 and 1441 *et seq.*, Defendant Tennessee Aquarium ("the Aquarium") hereby provides notice of removal of this action from the Chancery Court of Hamilton County, Tennessee.  In support of removal, the Aquarium states as follows:

1. On July 28, 2022, an action was commenced in the Chancery Court of Hamilton County, Tennessee, styled *Timothy Shawn Gunn, Marni Renee Pearce, and Zachary Chance Taylor v. Tennessee Aquarium*, Case No. 22-0532, alleging a one count claim of discrimination under the Tennessee Human Rights Act.

2. On March 30, 2023, the Plaintiffs filed a Motion to Amend their Complaint and attached a proposed Amended Complaint asserting an additional federal claim of racial discrimination under 42 U.S.C. § 1981.

3. Plaintiff's Motion to Amend was granted by the Chancery Court on April 14, 2023, and Plaintiffs' Amended Complaint was officially filed as the Operative Complaint on April 21,

2023.

4.	The Aquarium received notice of the initial action via service of the Complaint through Summons issued July 28, 2022 and served on the Aquarium, via its registered agent, on September 13, 2022. The Aquarium was served with the Amended Complaint asserting federal claims on April 18, 2023. Pursuant to 28 U.S.C. § 1446(a), copies of process, pleadings and orders served upon the Aquarium in this action are attached hereto as Exhibit A.

3.	The Aquarium is filing this Notice of Removal within thirty (30) days of the filing of the Amended Complaint that asserts federal claims over which this court has original jurisdiction.  This Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(3).

4.	This action is removed on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441(c).  Plaintiffs have pleaded claims, through their Amended Complaint, under 42 U.S.C. § 1981.  (Am. Compl. at ¶¶ 25-30).

5.	This action is one that may be removed to this Court pursuant to 28 U.S.C. § 1441(a) because the Plaintiffs' § 1981 claim is one in which the district courts have original jurisdiction pursuant to 28 U.S.C. § 1331. Plaintiff's remaining state claims under the Tennessee Human Rights Act, T.C.A. § 4-21-101, *et seq.*, are also removable, as the district courts have supplemental jurisdiction over this claim pursuant to 28 U.S.C. § 1367.

8.	Pursuant to 28 U.S.C. § 1446(d), copies of this Notice of Removal are being served on Plaintiffs' counsel and upon the Chancery Clerk for Hamilton County, Tennessee.  A copy is attached hereto as Exhibit B.

9.	Venue is proper pursuant to 28 U.S.C. § 1441(a) in the United States District Court for the Eastern District of Tennessee, Chattanooga Division, which embraces Hamilton County, Tennessee, the place where the state court action was pending.

2

By filing this Notice of Removal, the Aquarium does not waive, either expressly or impliedly, its respective rights to assert any defense it could have asserted in the Chancery Court of Hamilton County, Tennessee, to the United States District Court for the Eastern District of Tennessee.  The Aquarium reserves the right to amend or supplement this Notice of Removal.

s/Mark E. Stamelos

Mark E. Stamelos (TN 021021)
Paige M. Lyle (TN 032959)
FORDHARRISON LLP
150 Third Ave South, Suite 2010
Nashville, Tennessee 37201
Telephone: (615) 574-6700
Facsimile:  (615) 574-6701
mstamelos@fordharrison.com
plyle@fordharrison.com

*Counsel for Defendant*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing Notice of Removal has been served via the

Court's CM/ECF system and electronic mail this the 28th day of April, 2023, upon:

R. Ethan Hargraves
Massey & Associates
6400 Lee Highway, Suite 1010
Chattanooga, TN 37421
ethan@masseyattorneys.com

*Counsel for Plaintiffs*

s/ Mark E. Stamelos

4