UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TIMOTHY SHAWN GUNN, ) <br> MARNI RENEE PEARCE, *and* ) <br> ZACHARY CHANCE TAYLOR, ) <br>   ) <br> *Plaintiffs*, ) <br>   ) <br> v. ) <br>   ) <br> TENNESSEE AQUARIUM, ) <br>   ) <br>   ) <br> *Defendant.* ) | Case No. 1:23-cv-105 <br><br> Judge Curtis L. Collier <br> Magistrate Judge Christopher H. Steger |

# **O R D E R**

Pursuant to its May 5, 2023, notice, the Court held a telephonic scheduling conference for this matter on June 22, 2023. (Doc. 8.) Counsel for Defendant, Tennessee Aquarium, did not attend. The scheduling conference is **RESET** to **July 6, 2023, at 2:00 p.m. ET** by telephone conference, using the call-in information the Court sent to the parties by email at 10:10 a.m. on June 22, 2023.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**